MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W. DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    e-mail: doug.sprague@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0699 RS |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ONE WEEK |
|   v. ) | |
| KURT S. HOVAN, ) | |
|     Defendant. ) | |

    The parties hereby request and stipulate that the hearing scheduled for January 10, 2012, at 2:30 p.m., be continued to January 17, 2012, at 2:30 p.m. The parties have reached a plea agreement in principle and are making final revisions to that agreement. The parties need the additional week to complete this process. The parties are not requesting an exclusion of time

//
//
//
//
//
//

STIP. AND PROP. ORDER RE: HEARING DATE;
CR 11-0699 RS

under the Speedy Trial Act for this one-week period.

**IT IS SO STIPULATED AND REQUESTED**.

DATED: January 6, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

By_____/s/_____
W. DOUGLAS SPRAGUE
Assistant U.S. Attorney

DATED: January 6, 2012

_____/s/_____
MILES EHRLICH
Attorney for Defendant, Kurt Hovan

//

**IT IS SO ORDERED.**

DATED: January __6__, 2012

_____
RICHARD SEEBORG
United States District Court Judge

STIP. AND PROP. ORDER RE: HEARING DATE;
CR 11-0699 RS