1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7 SAN FRANCISCO DIVISION

8

9 UNITED STATES OF AMERICA,                )        No. CR 11-0699 RS
                                          )
10        Plaintiff,                       )        [~~PROPOSED~~] ORDER
                                          )
11   v.                                    )
                                          )        Honorable Richard Seeborg
12 KURT S. HOVAN,                          )
                                          )
13        Defendant.                       )
   _____)

14

        For the reasons set forth in the Stipulation and Request to Continue Sentencing, IT IS

HEREBY ORDERED THAT sentencing in this matter is continued from May 15, 2012, to June

19, 2012, at 2:30 p.m.

DATED:        May __7__, 2012

                                          _____
                                          RICHARD SEEBORG
                                          U.S. DISTRICT COURT JUDGE