Miles F. Ehrlich (CSB 237954)
Amy E. Craig (CSB 269339)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 fax
miles@ramsey-ehrlich.com

Attorneys for Defendant
Kurt S. Hovan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES**, <br><br> Plaintiff; <br><br> vs. <br><br> **KURT S. HOVAN**, <br><br> Defendant. | Case No.: CR-11-0699 RS <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

On June 19, 2012, Defendant Kurt Hovan was sentenced to 5 years of probation with a special condition including 12 months of home confinement, following his guilty plea to one count of mail fraud (18 U.S.C. § 1341). Mr. Hovan is currently under the supervision of the Probation Office.

Mr. Hovan requests that the conditions of release be modified to permit him to travel to visit family on the East Coast of the United States during the period from June 21, 2012 through July 15, 2012. In advance of the sentencing hearing on June 19, 2012, Mr. Hovan had anticipated the prospect of a lengthy period of incarceration. In anticipation of such a sentence, Mr. Hovan had planned this trip back East to see his

elderly parents before his date of surrender, particularly his mother who suffers from emphysema and other cardiovascular complications and has recently been hospitalized.

The parties agree that Mr. Hovan should be permitted to travel upon satisfaction of the following condition: that he provides the Probation Office with a full travel itinerary, including any flight information and the addresses of the family residences where he will be staying in Sturbridge, Massachusetts and Avalon, New Jersey.

Upon Mr. Hovan's return to California, he is prepared to begin his 12-month term of home confinement. The parties agree that all of the remaining conditions of Mr. Hovan's original bond shall remain in effect.

Assistant United States Attorney Doug Sprague has informed us that he does not oppose this request.

**SO STIPULATED.**

_June 20, 2012_  
DATED

_____  
Miles Ehrlich  
Attorney for Kurt Hovan

_June 20, 2012_  
DATED

___/s/ *Doug Sprague*_____  
Doug Sprague  
Assistant United States Attorney

**SO ORDERED.**

_6/20/12_____  
DATED

_____  
Hon. Richard G. Seeborg  
United States District Court Judge